IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MELISSA ANN COATE,

    Plaintiff,

vs.                                  CASE NO.: 4:05cv188-SPM/AK

BOARD OF TRUSTEES, FLORIDA
STATE UNIVERSITY,

    Defendant.

_____/

## ORDER OF DISMISSAL

Pursuant to Plaintiff's Notice of Dismissal (doc. 26) advising that the parties have resolved this case, it is

ORDERED AND ADJUDGED that this case is dismissed with prejudice.

DONE AND ORDERED this 28th day of February, 2006.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge